FILED
CLERK, U.S. DISTRICT COURT

JUN 1 8 2019

CENTRAL DISTRICT OF CALIFORNIA
BY____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KATHY ELAINE McPHEE,<br><br>    Defendant. | Case No. 5:12-CR-00051-1 VAP<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

1

and

B. ( X ) The defendant has not met his/her burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*History of substance abuse including while on supervised release, failure to comply with court ordered substance abuse treatment, and failure to report to probation office suggest lack of amenability to supervision.*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: 6/18/19

HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge